IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mosqueda, Hector G | Case Number: 07 B 12320 |
| | Judge: Wedoff, Eugene R |
| Printed: 1/29/08 | Filed: 7/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 18, 2007
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,838.00 |
| Trustee Fee: | | 162.00 |
| Other Funds: | | 0.00 |
| Totals: | 3,000.00 | 3,000.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert V Schaller | Administrative | 3,017.00 | 2,838.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Secured | 3,000.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 12,632.51 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 18,000.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 42,978.09 | 0.00 |
| 7. | Peoples Energy Corp | Unsecured | 256.47 | 0.00 |
| 8. | Discover Financial Services | Unsecured | 1,875.61 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 116,969.64 | 0.00 |
| 10. | Capital One | Unsecured | 3,184.52 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 7,814.54 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 198.80 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Bank Of America | Unsecured | | No Claim Filed |
| 16. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Capital One | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Chase Manhattan | Unsecured | | No Claim Filed |
| 21. | Chase | Unsecured | | No Claim Filed |
| 22. | Chase Manhattan | Unsecured | | No Claim Filed |
| 23. | Chase | Unsecured | | No Claim Filed |
| 24. | First USA Bank N A | Unsecured | | No Claim Filed |
| 25. | Chase | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Mosqueda, Hector G | | Case Number: 07 B 12320 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 1/29/08 | | Filed: 7/11/07 |

| | | | | |
|---|---|---|---|---|
| 26. | GEMB | Unsecured | | No Claim Filed |
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | MCYDSNB | Unsecured | | No Claim Filed |
| 29. | Circuit City/FNANB | Unsecured | | No Claim Filed |
| 30. | National City Bank | Unsecured | | No Claim Filed |
| 31. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 32. | Wfnnb/Lerner | Unsecured | | No Claim Filed |
| 33. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 34. | SBC | Unsecured | | No Claim Filed |
| 35. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 36. | Shell Citibank | Unsecured | | No Claim Filed |
| 37. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 209,927.18 | $ 2,838.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 162.00 |
| | _____ |
| | $ 162.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____